# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Lionell Romeo Martin, Sr., | ) | |
|    *aka* Lionell Martin | ) | |
| | ) | Case No. 18-18105 |
| Debtor(s). | ) | Honorable Judge Hunt |

## OBJECTION TO CONFIRMATION OF PLAN

NOW COMES Capital One Auto Finance, a division of Capital One, N.A., by and through its undersigned attorney, on its Objection to Confirmation of Plan, and in support thereof states as follows:

1. Capital One Auto Finance, a division of Capital One, N.A., has a security interest in one 2006 Ford Truck Expedition-V8 Utility 4D XLT 4WD, VIN 1FMPU16566LA00969, which was perfected by recording its lien on title.

2. Capital One Auto Finance, a division of Capital One, N.A., alleges the value set forth in Debtor's Chapter 13 Plan is unacceptable. Debtor proposes a "cramdown" pursuant to 11 U.S.C. § 506 and alleges the value of the collateral is $1,602.00.

3. Capital One Auto Finance, a division of Capital One, N.A., alleges the value of said vehicle is $6,225.00 pursuant to a N.A.D.A. valuation.

4. Capital One Auto Finance, a division of Capital One, N.A. alleges the vehicle is over-secured and requests the petition balance of $5,859.84.

5. Capital One Auto Finance, a division of Capital One, N.A., alleges the proposed set monthly payment is too low to pay the secured claim during the plan term.

6.      Capital One Auto Finance, a division of Capital One, N.A., alleges the proposed interest rate of 5.50% is insufficient and requests a minimum of 6.00% interest.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A., respectfully requests this Court for entry of an Order denying confirmation and for such other and further relief as the Court deems just.

          Respectfully submitted,
          */s/ Jennifer M. Rinn*

Rinn Richman Law LLC
PO Box 465
Chicago, IL 60690
Ph:  586-899-5086

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Lionell Romeo Martin, Sr., | ) | |
|    *aka* Lionell Martin | ) | |
| | ) | Case No. 18-18105 |
| Debtor(s). | ) | Honorable Judge Hunt |

**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND CERTIFICATE OF SERVICE**

*AN OBJECTION TO CONFIRMATION OF PLAN HAS BEEN FILED.

    Please be advised that the attached objection to confirmation of plan shall be presented on September 17, 2018 at 10:30 am before the Honorable Judge Hunt at 219 South Dearborn, Courtroom 719, Chicago, Illinois 60604, pursuant to the notice generated by the court on September 14, 2018, to the following parties:

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

    The objection was further served by depositing a printed copy into the US Mail on September 14, 2018, with postage prepaid at the address listed on the creditor matrix, upon the following parties, others not served:

Lionell Romeo Martin, Sr
14536 Murray
Dolton, IL 60419

                                                     */s/ Jennifer M. Rinn*
                                                     Rinn Richman Law LLC
                                                     PO Box 465
                                                     Chicago, IL 60690
                                                     Ph:  586-899-5086